IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA RICE,

    Plaintiff,

  v.

CHARLES R. PERRIN; AVON PRODUCTS; JAY ROCKEFELLER, U.S. senator; "THE SEVEN DWARFS"; "THE KENNEDY FAMILY"; "THE GILBERT FAMILY"; CHRISTOPHER COX, Chairman, Securities and Exchange Commission; "THE MORMON CHURCH"; JUDITH HALEVY, Rabbi, Malibu Jewish Center and Synagogue; "ALL SYNAGOGUES IN THE U.S."; JEHOVAH'S WITNESSES - OAKLAND WEST CONGREGATION; and LANOY GRANT,

    Defendants.

No. C 05-3472 WHA

**DISMISSAL ORDER**

    This action, styled as an action for collection of a debt and alleging civil RICO violations, is **DISMISSED** for want of subject-matter jurisdiction. Plaintiff's filings with the Court are delusional rants. She asks this court to collect "[t]he World Debt and the National Debt." She fails to allege any facts to suggest the basis of a civil RICO claim.

    These claims are "so attenuated and unsubstantial as to be absolutely devoid of merit," and therefore fail to confer subject-matter jurisdiction. *See Newburyport Water Co. v. City of Newburyport*, 193 U.S. 561, 579 (1904) (holding that federal court had no federal-question jurisdiction when claims were utterly insubstantial). *See also Bailey v. Patterson*, 369 U.S. 31, 33 (1962) (holding that there was no requirement to convene three-judge panel to consider

constitutionality of state statute when the constitutional issues presented was "frivolous" and "essentially fictitious"); *Hannis Distilling Co. v. City of Baltimore*, 216 U.S. 285, 288 (1910) ("[A]ssumption [of federal jurisdiction] may not be indulged in simply because it appears from the record that a federal question was averred, if such question be obviously frivolous or plainly unsubstantial . . . because it is manifestly devoid of merit.").

For this reason, the case is **DISMISSED** for want of subject-matter jurisdiction. The Clerk is **ORDERED TO CLOSE** the case and to **DISREGARD** any future filings in this case.

**IT IS SO ORDERED.**

Dated: October 27, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE